**FILED**

08/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0398

Jason Shewalter
Name
50 Crossroads Dr.
Shelby          MT          59474
City          State          Zip
N/A
[e-mail address]
Appellant
[Designation of party]

☐ **ORIGINAL**

JUL 2 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____
[to be assigned by Clerk of Supreme Court]

Shewalter                              ,

Appellant,

v.

State of Montana              ,

Appellee.

**PETITION FOR
AN OUT-OF-TIME
APPEAL**

*[To ask the Court to allow you to file an out-of-time appeal, give the reasons why the appeal was not timely filed. State in the petition or supporting affidavit the issues you wish to raise on appeal and explain in detail the reasons that you did not file a timely appeal. Give only true and accurate explanations that support your petition. Include a copy of the final order or judgment from which you wish to appeal. M. R. App.P. 4(6)]*

I petition the Court to allow me to file an out-of-time appeal for the following reason: [Check one]

☐ I improperly filed a timely Notice of Appeal only with the District Court, as more fully explained below.



© Montana Supreme Court

OUT-OF-TIME APPEAL
PAGE 1 OF 4

☒ I discussed filing a timely appeal with my attorney, but he or she failed to file it for me, as more fully explained below.

☐ I failed to file the Notice of Appeal for the following reason:

On October 13th, 2022 in Lake Co. Dist Court I protested that receive credit for probation time served & jail time served & did not receive either. I told my public defender Kimbely Durham of Lake Co. PDO during my time of sentencing that I wished to appeal Judge Kim Christophers decision due to the fact it did not follow guide lines & was indeed an illeagle sentence. Mrs. Durham has failed to file an appeal for DC-06-45.

☐ Attached as Exhibit "A," a copy of the judgment or order from which I wish to appeal.

As legal authority for filing an out-of-time appeal, I cite the following which supports this petition:

Judge KimChristophers revocation of my suspended sentence DC-06-45 does not follow 46-18-203, MCA section 7.

DATED this 2nd day of June, 2023.

_____
[Signature]

Jason Shewalter
[Print name]

## VERIFICATION UPON OATH OR AFFIRMATION

STATE OF MONTANA      )
                  : ss.
County of ___Toole___   )

     I swear that everything stated in this petition is true and correct to the best of my knowledge.

     DATED this _2nd_ day of _June_____, 20_23_.

_____
[Signature]

Jason Shewalter
[Print name]

     Signed and sworn to or affirmed before me on this date by

Jason Shewalter.

[Seal]



AUTUMN COMBS
NOTARY PUBLIC for the
STATE OF MONTANA
Residing in Shelby, Montana
My Commission Expires
November 19, 2023

_____
[Signature of Notary Public]

Autumn Combs
[Typed or printed name]

Notary Public.
[Title]

Shelby, MT
[Residing at]

My Commission expires: _November 19, 2023_

# CERTIFICATE OF SERVICE

I certify that I have filed a copy of this **Petition for an Out-of-Time Appeal** with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any party not represented by counsel as follows:

_Attorney General Austin Knudsen_
[Name of opposing counsel]

_Justice BLDG. 215 North Sanders, P.O. Box 201401_

_Helena, MT 59620-1401_
[Address]

Counsel for _State of MT_

_N/A_
[Other party representing himself or herself]

_____

_____
[Address]

DATED this _2nd_ day of _June_ , 20_23_ .

_____
[Name]

_Jason Shewmaker_
[Print name]



FILED

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0398

HON. DEBORAH KIM CHRISTOPHER
20th Judicial District Court
Lake County Courthouse
106 Fourth Avenue E
Polson, MT 59860
(406) 883-7360

CLERK OF DISTRICT COURT
FILED BY
2022 OCT 24 A 9: 36

## MONTANA TWENTIETH JUDICIAL DISTRICT COURT, LAKE COUNTY

STATE OF MONTANA,

Plaintiff,

vs.

JASON DANIEL SHEWALTER,

Defendant.

Cause No. DC-06-45

**JUDGMENT ON
SECOND REVOCATION**

The Defendant, JASON DANIEL SHEWALTER, came before the Court on October 13, 2022 for his adjudicatory hearing on his Amended Second Petition to Revoke filed July 7, 2022. The State called Columbia Falls Police Officer Wayne Stufflebeem to testify for the second time but the first time with the Defendant actually present. Officer Stufflebeem was sworn and testified. The State called Probation & Parole Officer Linn, who was also sworn and testified. Plaintiff and Defendant's counsel made argument to the Court. Defendant also spoke. The Court determined the State evidence was proven by a preponderance sufficient to support the petition to revoke.

IT IS THEREFORE ORDERED the Defendant's suspended sentence entered on December 6, 2018, for the offense of CRIMINAL POSSESSION WITH INTENT TO DISTRIBUTE, a Felony, as specified in MCA 45-9-103(1), is revoked.

IT IS FURTHER ORDERED the Defendant is sentenced to the Department of Corrections for a term of 5 years, with a recommendation for participation in NEXUS and mental health treatment. The Court recommends the Department of Corrections reimpose the Defendant's

original conditions in the initial judgment filed September 26, 2006 should the Department consider any sort of early or conditional release.

THE COURT STATES its reasons for said sentence are as follows:

1. It provides punishment to the Defendant for violating the terms of his probation; and

2. It provides an opportunity for rehabilitation through chemical dependency and mental health treatment, so Defendant could be successful after completion of treatment.

If either party believes that the written Judgment filed herein does not conform to the oral pronouncement of this Court at the time of sentencing, either the Defendant or the State may request a hearing to modify the written, filed Judgment. **This request must be made by either the State or the Defendant within 120 days of the filing of the written Judgment.** In the event such a request is made, a hearing will be held to consider the motion at which the Defendant must be present unless Defendant waives the right to be present. If no request for modification is filed by either the State or the Defendant within 120 days, the right to a modification hearing shall be waived.

DONE in Open Court this 13th day of October, 2022.

DATED this 21st day of October, 2022.

Deborah Kim Christopher
District Judge

10/ 24 /2022
cc: LCAO (Lapotka)
    OPD (Durham)

JUDGMENT ON SECOND REVOCATION: STATE V. SHEWALTER                    2

Date: 7/20/2023
Time: 04:46 PM
Page 1 of 3

**Lake County District Court**
Case Register Report
DC-24-2006-0000045-IN
**State of Montana vs. JASON DANIEL SHEWALTER**

User: MRENSVOLD/20/2023

**FILED**
07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0398

Filed: 3/21/2006
Subtype: Information

## Status History

| | |
|---|---|
| Closed | 9/21/2006 |
| Reopened | 7/26/2018 |
| Closed | 12/6/2018 |
| Reopened | 6/10/2022 |

## Prosecutors

| | | |
|---|---|---|
| YOUNG, MITCHELL A. | (No longer on case) | Do Not Send Notices |
| ESCHENBACHER, STEVEN | (No longer on case) | Do Not Send Notices |
| LAPOTKA, JAMES | (Primary attorney) | Send Notices |

## Defendants

Def. no. 20    SHEWALTER, JASON DANIEL

### Attorneys

| | | |
|---|---|---|
| DORAN, GARY G., | (No longer on case) | Do Not Send Notices |
| MARROW, JEREMIE | | Do Not Send Notices |
| DURHAM, KIMBERLY | (Primary attorney) | Send Notices |

## Charges

| No. | | Revision | Statute | Description |
|---|---|---|---|---|
| 10 | Original: | 111111 | 45-09-0103 | CRIMINAL POSSESSION WITH INTENT TO DISTRIBUTE |
| 20 | Original: | 111111 | 61-08-0346 | R. O. W. VIOLATION - FAIL/YIELD TO EMERGENCY VEHICLE |
| 30 | Original: | 111111 | 45-10-0103 | CRIMINAL POSSESSION OF DRUG PARAPHERNALIA |

## Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 3/21/2006 | Christopher, Deborah K. | Current |

## Register of Actions

| Def. | Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|---|
| 20 | 1.000 | 03/22/2006 | 03/22/2006 | Justice Court Record | Christopher, Deborah K. |
| 20 | 2.000 | 03/22/2006 | 03/22/2006 | Motion And Affidavit For Leave To File An Information | Christopher, Deborah K. |
| 20 | 3.000 | 03/24/2006 | 03/24/2006 | Order (Arraignment 4/6/06) | Christopher, Deborah K. |
| 20 | 4.000 | 03/24/2006 | 03/24/2006 | Information | Christopher, Deborah K. |
| 20 | 5.000 | 04/06/2006 | 04/06/2006 | Minute Entry | Christopher, Deborah K. |
| 20 | 6.000 | 04/06/2006 | 04/06/2006 | Acknowledgment Of Rights | Christopher, Deborah K. |
| 20 | 7.000 | 04/10/2006 | 04/10/2006 | Motion For Discovery | Christopher, Deborah K. |
| 20 | 8.000 | 04/11/2006 | 04/11/2006 | Order For Discovery | Christopher, Deborah K. |
| 20 | 9.000 | 04/24/2006 | 04/24/2006 | Motion For Discovery | Christopher, Deborah K. |
| 20 | 10.000 | 05/23/2006 | 05/23/2006 | Order | Christopher, Deborah K. |
| 20 | 11.000 | 05/25/2006 | 05/25/2006 | Defendant's Motion To Suppress | Christopher, Deborah K. |
| 20 | 12.000 | 05/25/2006 | 05/25/2006 | Minute Entry | Christopher, Deborah K. |
| 20 | 13.000 | 06/14/2006 | 06/14/2006 | Memorandum In Support Of Defendant's Motion To Suppress | Christopher, Deborah K. |

Date: 7/20/2023
Time: 04:46 PM
Page 2 of 3

Lake County District Court
Case Register Report
DC-24-2006-0000045-IN
State of Montana vs. JASON DANIEL SHEWALTER

User: MRENSVOLD

## Register of Actions

| Def. | Doc. Seq. | Entered | Filed | Text | Judge |
|------|-----------|---------|-------|------|-------|
| 20 | 14.000 | 01/11/2017 | 06/23/2006 | Motion to Continue Evidentiary Hearing | Christopher, Deborah K. |
| 20 | 15.000 | 06/26/2006 | 06/26/2006 | State's Answer To Defendant's Motion To Suppress | Christopher, Deborah K. |
| 20 | 16.000 | 06/29/2006 | 06/29/2006 | Order (Evid. Hrg. Con't 7/20/06) | Christopher, Deborah K. |
| 20 | 17.000 | 07/06/2006 | 07/06/2006 | Defendant's Reply Brief Re: Defendant's Motion To Suppress | Christopher, Deborah K. |
| 20 | 18.000 | 07/20/2006 | 07/20/2006 | Minute Entry | Christopher, Deborah K. |
| 20 | 19.000 | 07/31/2006 | 07/31/2006 | Motion To Continue Omnibus Hearing | Christopher, Deborah K. |
| 20 | 20.000 | 08/04/2006 | 08/04/2006 | Order Denying Defendant's Motion To Suppress | Christopher, Deborah K. |
| 20 | 21.000 | 08/09/2006 | 08/08/2006 | Unopposed Motion To Continue Omnibus Hearing | Christopher, Deborah K. |
| 20 | 22.000 | 08/09/2006 | 08/09/2006 | Waiver Of Speedy Trial | Christopher, Deborah K. |
| 20 | 23.000 | 08/09/2006 | 08/09/2006 | Order (Oh Con't 8/24/06) | Christopher, Deborah K. |
| 20 | 24.000 | 08/24/2006 | 08/24/2006 | Acknowledgment Of Rights And Plea Agreement | Christopher, Deborah K. |
| 20 | 25.000 | 08/24/2006 | 08/24/2006 | Minute Entry | Christopher, Deborah K. |
| 20 | 26.000 | 09/13/2006 | 09/13/2006 | Pre-sentence Investigation Report | Christopher, Deborah K. |
| 20 | 27.000 | 09/21/2006 | 09/21/2006 | Minute Entry | Christopher, Deborah K. |
| 20 | 28.000 | 09/21/2006 | 09/21/2006 | Order | Christopher, Deborah K. |
| 20 | 29.000 | 09/26/2006 | 09/26/2006 | Judgment And Commitment | Christopher, Deborah K. |
| 20 | 30.000 | 09/26/2006 | 09/26/2006 | Notice Of Right To Apply For Sentence Review | Christopher, Deborah K. |
| 20 | 31.000 | 12/19/2006 | 12/19/2006 | Petition For Disposition Of Evidence | Christopher, Deborah K. |
| 20 | 32.000 | 12/20/2006 | 12/20/2006 | Order | Christopher, Deborah K. |
| 20 | 33.000 | 07/24/2018 | 07/24/2018 | Report of Violation | Christopher, Deborah K. |
| 20 | 34.000 | 07/26/2018 | 07/26/2018 | Petition to Revoke | Christopher, Deborah K. |
| 20 | 35.000 | 07/27/2018 | 07/27/2018 | Warrant of Arrest Issued | Christopher, Deborah K. |
| 20 | 36.000 | 10/22/2018 | 10/22/2018 | Warrant of Arrest & Return | Christopher, Deborah K. |
| 20 | 37.000 | 10/23/2018 | 10/23/2018 | Notice of Appearance and Discovery Request | Christopher, Deborah K. |
| 20 | 38.000 | 10/24/2018 | 10/24/2018 | Defendant's Acknowledgment of Rights for Revocation Proceeding | Christopher, Deborah K. |
| 20 | 39.000 | 10/25/2018 | 10/25/2018 | Minute Entry | Christopher, Deborah K. |
| 20 | 40.000 | 11/19/2018 | 11/19/2018 | Addendum to Report of Violation | Christopher, Deborah K. |
| 20 | 41.000 | 12/06/2018 | 12/06/2018 | Minute Entry | Christopher, Deborah K. |
| 20 | 42.000 | 12/14/2018 | 12/14/2018 | Judgment | Christopher, Deborah K. |
| 20 | 43.000 | 12/17/2018 | 12/17/2018 | Notice of Right to Apply for Review of Sentence | Christopher, Deborah K. |
| 20 | 44.000 | 03/13/2019 | 03/13/2019 | Acknowledgment of Receipt of Sentence Review Forms | Christopher, Deborah K. |
| 20 | 45.000 | 03/20/2019 | 03/20/2019 | Application for Review of Sentence | Christopher, Deborah K. |
| 20 | 46.000 | 03/22/2019 | 03/22/2019 | Clerk's Certificate and Statement | Christopher, Deborah K. |
| 20 | 47.000 | 07/01/2019 | 07/01/2019 | Notice of Sentence Review Hearing (8/1/19) | Christopher, Deborah K. |
| 20 | 48.000 | 09/03/2019 | 09/03/2019 | Sentence Review Decision (Affirmed) | Christopher, Deborah K. |
| 20 | 49.000 | 06/09/2022 | 06/09/2022 | Report of Violation | Christopher, Deborah K. |
| 20 | 50.000 | 06/10/2022 | 06/10/2022 | Petition to Revoke | Christopher, Deborah K. |
| 20 | 51.000 | 06/16/2022 | 06/16/2022 | Warrant of Arrest Issued | Christopher, Deborah K. |

Lake County District Court
Case Register Report
DC-24-2006-0000045-IN
**State of Montana vs. JASON DANIEL SHEWALTER**

## Register of Actions

| Def. | Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|---|
| 20 | 52.000 | 06/30/2022 | 06/30/2022 | Addendum to Report of Violation Dated 6/8/22 | Christopher, Deborah K. |
| 20 | 53.000 | 07/07/2022 | 07/07/2022 | Amended Petition to Revoke | Christopher, Deborah K. |
| 20 | 54.000 | 07/13/2022 | 07/13/2022 | Warrant of Arrest and Return | Christopher, Deborah K. |
| 20 | 55.000 | 07/14/2022 | 07/14/2022 | Minute Entry Hearing type: Hearing Answer Amended Pet. to Revoke  Hearing date: 7/14/2022 Time: 8:14 am Court reporter: Connie Costanza | Christopher, Deborah K. |
| 20 | 56.000 | 07/15/2022 | 07/15/2022 | Return of Service | Christopher, Deborah K. |
| 20 | 57.000 | 07/18/2022 | 07/18/2022 | Notice of Assignment ad Request for Discovery | Christopher, Deborah K. |
| 20 | 58.000 | 07/21/2022 | 07/21/2022 | Minute Entry Hearing type: Omnibus Hearing Hearing date: 7/21/2022 Time: 8:09 am Court reporter: Connie Costanza | Christopher, Deborah K. |
| 20 | 59.000 | 07/21/2022 | 07/21/2022 | Defendant's Acknowledgment of Rights for Revocation Proceeding | Christopher, Deborah K. |
| 20 | 60.000 | 08/04/2022 | 08/04/2022 | Minute Entry Hearing type: Adjudication Hearing Hearing date: 8/4/2022 Time: 8:04 am Court reporter: Connie Costanza | Christopher, Deborah K. |
| 20 | 61.000 | 08/18/2022 | 08/18/2022 | Bail Bond ($25,000) | Christopher, Deborah K. |
| 20 | 62.000 | 08/24/2022 | 08/24/2022 | Motion for Defendant to Appear by Zoom for Adjudication Hearing | Christopher, Deborah K. |
| 20 | 63.000 | 08/25/2022 | 08/25/2022 | Order Denying Motion to Appear by Zoom Adjudication Hearing | Christopher, Deborah K. |
| 20 | 64.000 | 08/25/2022 | 08/25/2022 | Minute Entry Hearing type: Adjudication Hearing Hearing date: 8/25/2022 Time: 8:42 am Court reporter: Connie Costanza | Christopher, Deborah K. |
| 20 | 65.000 | 08/29/2022 | 08/29/2022 | Warrant of Arrest Issued | Christopher, Deborah K. |
| 20 | 66.000 | 09/07/2022 | 09/07/2022 | Warrant of Arrest and Return | Christopher, Deborah K. |
| 20 | 67.000 | 09/08/2022 | 09/08/2022 | Minute Entry Hearing type: Hearing on Merits Hearing date: 9/8/2022 Time: 8:19 am Court reporter: Connie Costanza | Christopher, Deborah K. |
| 20 | 68.000 | 10/13/2022 | 10/13/2022 | Minute Entry Hearing type: Adjudication Hearing Hearing date: 10/13/2022 Time: 7:55 am Court reporter: David Hix | Christopher, Deborah K. |
| 20 | 69.000 | 10/24/2022 | 10/24/2022 | Judgment on Second Revocation | Christopher, Deborah K. |
| 20 | 70.000 | 10/26/2022 | 10/26/2022 | Notice of Right to Apply For Review of Sentence | Christopher, Deborah K. |
| 20 | 71.000 | 11/07/2022 | 11/07/2022 | Acknowledgment of Receipt of Sentence Review Forms | Christopher, Deborah K. |
| 20 | 72.000 | 11/07/2022 | 11/07/2022 | Application for Review of Sentence | Christopher, Deborah K. |
| 20 | 73.000 | 11/21/2022 | 11/21/2022 | Clerk's Certificate and Statement | Christopher, Deborah K. |
| 20 | 74.000 | 03/22/2023 | 03/22/2023 | Notice of Sentence Review Heairng (5/5/23) | Christopher, Deborah K. |
| 20 | 75.000 | 05/17/2023 | 05/17/2023 | Decision from Sentence Review (Affirmed) | Christopher, Deborah K. |